# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133730(20)

RONALD FLEISCHFRESSER (Deceased), by
JOYCE WILKINS FLEISCHFRESSER
(Surviving Spouse),
　　　　　　Plaintiff-Appellant,

v

PETERSON TOWING, INC., HIGHLAND
INSURANCE GROUP, and NORTHWESTERN
NATIONAL CASUALTY COMPANY,
　　　　　　Defendants-Appellees.

SC: 133730
COA: 274353
WCAC: 05-000145

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's October 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

　　　　WEAVER, J., would grant the motion for reconsideration.

　　　　KELLY, J., would grant the motion for reconsideration and, on reconsideration, would remand this case to the Court of Appeals as on leave granted.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

d0114